JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DONALD ROOKER, B.R. *a minor by and through her Guardian Ad Litem Shannon Rooker*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA UNITED STATES POSTAL SERVICE, *a Governmental Entity*, ELENA CROUL,<br><br>Defendants. | No. ED CV 17-2316 JGB (KKx)<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Based upon the Stipulation for Dismissal filed by the parties, IT IS HEREBY ORDERED that:

1. This action is dismissed in its entirety with prejudice; and
2. Each party shall bear their own costs, attorneys' fees and expenses.

Dated this ___3rd___ day of ___August___, 2018.

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

 /S/ MMK_____
MARCUS M. KERNER
Assistant United States Attorney

Attorneys for Defendants
United States of America United States Postal Service, *a Governmental Entity*, Elena Croul